SNYDER ET AL. *v.* TOWN OF NEWTOWN ET AL.

No. 580. Decided February 20, 1961.

*Philip Reich* for appellants.

*James J. O'Connell* and *Albert L. Coles* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE FRANKFURTER and MR. JUSTICE DOUGLAS are of the opinion that probable jurisdiction should be noted.

CORDAK, DOING BUSINESS AS A. B. DENTAL PLATE LABORATORY, ET AL. *v.* REUBEN H. DONNELLEY CORP. ET AL.

No. 582. Decided February 20, 1961.

*John Paul Stevens* for appellants.

*Owen Rall* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.